## ATTACHMENT B

### Property to Be Seized

All evidence, instrumentalities, fruits or contraband, in whatever form they are found, relating to violations of Title 18, United States Code, Section 1960 (prohibition of unlicensed money transmitting businesses); Title 18, United States Code, Section 2 (aiding and abetting), those violations involving MIHIRKUMAR PATEL and/or FNU PATEL, also known as EDDIE PATEL and occurring in or after March 2018, including:

1. Records of unlicensed money transfer activity to include:
    a. Ledgers, notes, and receipts
    b. Bank records, phone records, and property records
2. Cash in excess of $5,000 or currencies of foreign countries
3. Cellular telephone utilized by Eddie Patel, (864) 407-0108